DELIA POOLE v. MARY BRASWELL AND MARION WILSON.

(Filed 29 September, 1954.)

APPEAL by defendant Marion Wilson from *Paul, Special Judge,* May Term, 1954, of HALIFAX.

Civil action to recover for personal injuries alleged to have been sustained in a collision between the automobiles of the defendants on 9 March, 1953, at the intersection of State Highway 301 and Whitaker Street in the town of Enfield.

The plaintiff, a guest passenger in the automobile of defendant Wilson, alleges in her complaint that her injuries were proximately caused by the joint and concurrent negligence of the defendants.

The appellant demurred to the complaint for that it does not state facts sufficient to constitute a cause of action against her, it appearing upon the face of the complaint: (1) That the sole proximate cause of the motor vehicle collision in question was the negligence of the defendant Braswell in driving her car into the intersection against a red traffic light; and (2) that if the defendant Wilson was guilty of any negligence, the same was insulated and rendered inoperative by the negligence of her codefendant.

His Honor overruled the demurrer and the defendant Wilson appeals, assigning error.

*Battle, Winslow & Merrell for plaintiff, appellee.*

*A. J. Fletcher, F. T. Dupree, Jr., and G. Earl Weaver for defendant, appellant.*

PER CURIAM. The complaint filed in this action is not as clear and unequivocal in some of its pertinent allegations as it might be. Nevertheless, when all its allegations are considered, as they must be on demurrer, we are led to the conclusion that it is sufficient to withstand the demurrer interposed by the appellant.

Affirmed.